Same case below, 351 Fed. Appx. 302.

**No. 09-9530. Gregory Chambers, Petitioner v. Ohio.**

559 U.S. 1098, 130 S. Ct. 2384, 176 L. Ed. 2d 778, 2010 U.S. LEXIS 3494, ■

April 26, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.

**No. 09-9535. Wayman Patterson, Petitioner v. Gregg McQuiggin, Warden.**

559 U.S. 1098, 130 S. Ct. 2384, 176 L. Ed. 2d 778, 2010 U.S. LEXIS 3532.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9542. Robert Joseph King, Petitioner v. John Colmers, et al.**

559 U.S. 1098, 130 S. Ct. 2385, 176 L. Ed. 2d 778, 2010 U.S. LEXIS 3498.

April 26, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

**No. 09-9555. Raymond Mentor, Petitioner v. New York State Division of Parole, et al.**

559 U.S. 1098, 130 S. Ct. 2385, 176 L. Ed. 2d 778, 2010 U.S. LEXIS 3625.

April 26, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 67 App. Div. 3d 1108, 886 N.Y.S.2d 920.

**No. 09-9575. Antonio Simmons, Petitioner v. Michael Thurmer, Warden.**

559 U.S. 1098, 130 S. Ct. 2386, 176 L. Ed. 2d 778, 2010 U.S. LEXIS 3555.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9587. Ronald D. Johnson, Petitioner v. Florida.**

559 U.S. 1098, 130 S. Ct. 2386, 176 L. Ed. 2d 778, 2010 U.S. LEXIS 3592, ■

April 26, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 18 So. 3d 1046.

**No. 09-9594. Ismael Castro, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1098, 130 S. Ct. 2386, 176 L. Ed. 2d 778, 2010 U.S. LEXIS 3578.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9600. Mickey Lee Davis, Petitioner v. Michigan.**

559 U.S. 1098, 130 S. Ct. 2386, 176 L. Ed. 2d 778, 2010 U.S. LEXIS 3586.

April 26, 2010. Petition for writ of certiorari to the Circuit Court of Michigan, Berrien County, denied.